# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Shimmick Construction Company, Inc. | ) ASBCA Nos. 63114, 63662 |
| | ) |
| Under Contract No. W912P5-17-C-0007 | ) |

APPEARANCES FOR THE APPELLANT:      Giovanni M. Ruscitti, Esq.
Benjamin F. Silfen, Esq.
John P. Storti, Esq.
Larry Myers, Esq.
  Berg Hill Greenleaf Ruscitti LLP
  Boulder, CO

R. Dale Holmes, Esq.
Michael H. Payne, Esq.
  Cohen Seglias Pallas Greenhall & Furman,
    P.C.
  Philadelphia, PA

John P. Carpenter, Esq.
  Counsel

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Bonnie B. Jagoditz, Esq.
Thomas M. Taff, Jr., Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Nashville

Brett R. Howard, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Louisville

James J. Irvine, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Omaha

Cara M. Mroczek, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Middle East
  Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 17, 2024

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63114, 63662, Appeals of Shimmick Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:  September 17, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals